# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 194 MAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 2154 |
| | : | MDA 2012 entered on February 6, |
| | : | 2015, **affirming, vacating and** |
| ANNAMARIE PERRETTA-ROSEPINK, | : | **remanding** the Judgment of Sentence |
| | : | of the Dauphin County Court of |
| Petitioner | : | Common Pleas at No. CP-22-CR- |
| | : | 0004272-2009 entered on November 8, |
| | : | 2012 |

## ORDER

**PER CURIAM**

**DECIDED: February 9, 2017**

**AND NOW**, this 9th day of February, 2017, issue b. set forth in the Petition for Allowance of Appeal is **GRANTED.** The Order of the Superior Court regarding this issue is **VACATED** and this matter is **REMANDED** to the Superior Court to reconsider its decision in light of <u>Commonwealth v. Veon,</u> 150 A.3d 435 (Pa. 2016) (69 and 70 MAP 2015).

Justice Mundy did not participate in the consideration or decision of this matter.